IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Devin Grosswiler, et al.,

                              Plaintiffs,              Case No. 3:14 CV 1551

              -vs-

                                                      JUDGMENT ENTRY

Freudenberg-NOK Sealing Technologies,
                              Defendant.


    For the reasons stated in the Memorandum Opinion filed contemporaneously with this

entry, IT IS HEREBY ORDERED that Defendants motion for summary judgment is granted.

(Doc. No. 21).  This case is closed.

    So Ordered.


                                        s/ Jeffrey J. Helmick
                                        United States District Judge